## VOYLES v. STATE.
### No. 24514.

Court of Criminal Appeals of Texas.
Nov. 30, 1949.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is burglary. Upon his plea of guilty before the court, appellant was assessed the punishment of four years' confinement in the penitentiary.

No bills of exception or statement of facts accompany the record. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

## VOYLES v. STATE.
### No. 24515.

Court of Criminal Appeals of Texas.
Nov. 30, 1949.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was indicted for theft. He waived a jury and pleaded guilty. The court heard the evidence, found him guilty and assessed his punishment at four years in the penitentiary.

There are no bills of exception or statement of facts in the record. The proceedings appear regular. Nothing is presented for review by this Court.

The judgment of the trial court is affirmed.